# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PIVITAL IP LLC,**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**ACTIVECAMPAIGN, LLC,**<br><br>　　　　　　　Defendant. | C.A. NO. 19-cv-02176-LPS<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Pivital IP LLC hereby notifies the Court of the following supplemental authority that supports Plaintiff Pivital IP LLC's Opposition to Defendant ActiveCampaign, LLC's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (D.I. 13):

- *Uniloc USA, Inc. v. LG Elecs. USA, Inc.*, 2020 U.S. App. LEXIS 13876 (Fed.Cir. April 30, 2020)

The *Uniloc USA* opinion is attached as Exhibit A.

May 8, 2020

OF COUNSEL:

David R. Bennett
(Admitted *pro hac vice*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

STAMOULIS & WEINBLATT LLC

 */s/ Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
800 N. West Street, Third Floor
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiff
Pivital IP LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                        */s/ Stamatios Stamoulis*
                                        Stamatios Stamoulis (No. 4606)